VACATE the order denying preliminary injunctive relief AND
 REMAND this matter to the district court for further proceedings
 consistent with this order.

 Hardesty

 /.744-1
 Douglas

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SFR
 Investments is now the controlling law and, thusly, concur in the
 disposition of this appeal.

 Cherry
 C h2artAte. , J.

 cc: Hon. Allan R Earl, District Judge
 Howard Kim & Associates
 Ballard Spahr, LLP
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A skiej(4